OCT 27 2026 PM12:10
FILED - USDC - FLMD - ORL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

Case No. 6:26-~~mj~~ CR 272- AGM- LHP
36 C.F.R. § 4.23(a)(1)

CHRISTINE COWDERY

## INFORMATION

The United States Attorney charges:

**COUNT ONE**
**(Operating Under the Influence of Alcohol)**

On or about July 9, 2026, inside of a Federal Park, Canaveral National Seashore, Playalinda District, in the Middle District of Florida, the defendant,

**CHRISTINE COWDERY,**

was observed operating a motor vehicle, while under the influence of alcohol to a degree that rendered her incapable of safe operation.

In violation of 36 C.F.R. § 4.23(a)(1).

**<u>COUNT TWO</u>**
**(Refusal to submit to Chemical Tests)**

On or about July 9, 2026, inside of a Federal Park, Canaveral National Seashore, Playalinda District, in the Middle District of Florida, the defendant,

**CHRISTINE COWDERY,**

after being asked to submit to a breath test by an authorized person, who possessed probable cause to believe Defendant was operating a motor vehicle under the influence of alcohol in violation of 36 C.F.R. § 4.23(a)(1), refused to submit to said test.

In violation of 36 C.F.R. § 4.23(c)(2).

**<u>COUNT THREE</u>**
**(Open Container of Alcoholic Beverage)**

On or about July 9, 2026, inside of a Federal Park, Canaveral National Seashore, Playalinda District, in the Middle District of Florida, the defendant,

**CHRISTINE COWDERY,**

being the sole occupant and operator of a motor vehicle, was carrying or storing a bottle containing an alcoholic beverage whose seal was broken and contents of which were partially removed.

In violation of 36 C.F.R. § 4.14(b).

GREGORY W. KEHOE
United States Attorney

By: ______________________________
Michael Ainis
Assistant United States Attorney

By: ______________________________
Kara Wick
Assistant United States Attorney
Chief, Orlando Division